[No. 5560–1–II.   Division Two.   January 18, 1983.]

HOQUIAM SCHOOL DISTRICT NO. 28, *Respondent*, v.
HOQUIAM TEACHERS ASSOCIATION,
*Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 81–1–00098–0, John W. Schumacher,
J., entered May 1, 1981. *Affirmed* by unpublished opinion
per Reed, J., concurred in by Worswick, A.C.J., and Petrie,
J.

[No. 5687–9–II.   Division Two.   January 19, 1983.]

DIANA A. WICKLER, *Respondent*, v. LOWELL H.
COWAN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 70900, John H. Kirkwood, J., entered
July 2, 1981. *Reversed* by unpublished opinion per Wors-
wick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 5125–1–III.   Division Three.   January 18, 1983.]

*In the Matter of the Marriage of* KAROLYN K.
SCHMIDT, *Respondent, and* RONALD E.
SCHMIDT, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 220953, Donald N. Olson, J., entered
April 15, 1982. *Affirmed* by unpublished opinion per Green,
J., concurred in by Munson, A.C.J., and McInturff, J.